# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*, <br><br> Plaintiffs, <br> v. <br><br> ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br> Defendants. | Case No. |

## ZILLOW, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zillow, Inc. states that its parent corporation is Zillow Group, Inc., which is a publicly traded Washington corporation.

Dated:  March 27, 2024                              **BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ *Jacqueline M. Weyand*
Samantha Southall (*pro hac vice* forthcoming)
Jacqueline Weyand (01572011)
Natalie Peled (*pro hac vice* forthcoming)
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800

*Counsel for Zillow, Inc. and Zillow Group, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true and correct copy of the foregoing document by ECF on all counsel of record.

Dated:  March 27, 2024                  */s/ Jacqueline M. Weyand*
                                                       Jacqueline M. Weyand