# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>　　　　Defendants. | Case No. |

## ZILLOW GROUP, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zillow Group, Inc. discloses that it is a publicly traded Washington corporation. It does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  March 27, 2024　　　　　　　　**BUCHANAN INGERSOLL & ROONEY PC**

　　　　　　　　　　　　　　　　　　　　By: /s/  *Jacqueline M. Weyand*
　　　　　　　　　　　　　　　　　　　　Samantha Southall (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　Jacqueline Weyand (01572011)
　　　　　　　　　　　　　　　　　　　　Natalie Peled (*pro hac vice* forthcoming)
　　　　　　　　　　　　　　　　　　　　550 Broad Street, Suite 810
　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102-4582
　　　　　　　　　　　　　　　　　　　　(973) 273-9800

　　　　　　　　　　　　　　　　　　　　*Counsel for Zillow, Inc. and Zillow Group, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true and correct copy of the foregoing document by ECF on all counsel of record.

Dated:  March 27, 2024             */s/ Jacqueline M. Weyand*
                                                                Jacqueline M. Weyand