**BUCHANAN INGERSOLL & ROONEY PC**
Samantha Southall (*pro hac vice* forthcoming)
Jacqueline Weyand (01572011)
Natalie Peled (*pro hac vice* forthcoming)
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800
*Counsel for Defendants Zillow, Inc. and Zillow Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>　　　　　　Defendants. | Case No. 2:24-cv-04256-EP-MAH<br><br>**APPLICATION FOR AUTOMATIC CLERK'S EXTENSION PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

　　　　Defendants Zillow, Inc., and Zillow Group, Inc. (collectively "Zillow" or "Defendants"), by and through their undersigned counsel, hereby request entry of a Clerk's Order extending their time to answer, move, or otherwise Respond to Plaintiffs' Complaint, and in support says as follows:

　　1.　　Zillow has not previously requested an extension of time.

　　2.　　On February 8, 2024, Atlas Data Privacy Corporation ("Atlas") and the Individual Plaintiffs (collectively, "Plaintiffs") commenced this action against Zillow in the Superior Court of New Jersey, Law Division, Bergen County entitled *Atlas Data*

*Privacy Corporation, et al., v. Zillow, Inc., et al.*, Docket No. BER-L-000874-24 (the "Action")

3. Zillow was served on February 26, 2024 and timely moved to remove the Action to the above entitled court on March 27, 2024.

4. Zillow's current deadline to answer, move, or otherwise respond to the Complaint is April 3, 2024.

5. Pursuant to Local Civil Rule 6.1(b), Zillow hereby applies for an automatic fourteen (14) day extension of time within which to answer, move, or otherwise respond to the Complaint, through and including April 17, 2024.

Dated:  April 2, 2024

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/  *Jacqueline M. Weyand*
    Samantha Southall (*pro hac vice* forthcoming)
    Jacqueline Weyand (01572011)
    Natalie Peled (*pro hac vice* forthcoming)
    550 Broad Street, Suite 810
    Newark, NJ 07102-4582
    (973) 273-9800

*Counsel for Zillow, Inc. and Zillow Group, Inc.*