# Buchanan

**Jacqueline M. Weyand**
Jacqueline.weyand@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582
T 973 273 9800
F 973 273 9430

April 16, 2024

**VIA ECF**
Hon. Harvey Bartle III, U.S.D.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:    *Atlas Data Privacy Corporation v. Zillow, Inc., et al.*
               Case No.: 1:24-cv-04256-HB
               *Pro Hac Vice* Application of Samantha Southall

Your Honor:

      This firm represents Defendants Zillow, Inc., and Zillow Group, Inc. (collectively "Zillow" or "Defendants"), in this matter. We write to submit for your consideration the application of Samantha Southall for admission *pro hac vice* as counsel for Defendants. In support of the application, the following documents are enclosed herein: (1) Certification of Jacqueline M. Weyand; (2) Certification of Samantha Southall; and (3) a proposed form of Order.

      We greatly appreciate the Court's attention to this matter. If any further information is needed, please do not hesitate to reach out.

                                                    Respectfully submitted,

                                                    *Jacqueline M. Weyand*

                                                    Jacqueline M. Weyand

Encls.
cc:      Counsel of record.