UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell  **DOCKET #**  CV 24-4256 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
v.
ZILLOW, INC. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 2:52 AM  Time Adjourned: 2:54 PM

Total: 2 hours and 20 minutes

s/ *David Bruey*
**DEPUTY CLERK**