**BUCHANAN INGERSOLL & ROONEY PC**
Jacqueline M. Weyand
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
*Counsel for Defendants Zillow, Inc. and Zillow Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*, <br><br> Plaintiffs, <br> v. <br><br> ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br> Defendants. | Case No.: 1:24-cv-04256-HB <br><br> [~~PROPOSED~~] **ORDER GRANTING PRO HAC VICE ADMISSION OF SAMANTHA SOUTHALL** |

**THIS MATTER** having come before the Court upon the application for *pro hac vice* admission of Samantha Southall of the law firm of Buchanan Ingersoll & Rooney PC; and the Court having reviewed the papers of the applicants, and considered this matter pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 101.1, and good cause having been shown; it is HEREBY

**ORDERED** that Samantha Southall be permitted to appear *pro hac vice* provided that, pursuant to Local Civil Rule 101.1(c)(4), appearance(s) of counsel shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney(s) of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that Samantha Southall shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney(s) continue to represent a client in a matter pending before this Court, in accordance with New Jersey Court Rule 1:28-2 and Local Civil Rule 101.1(c)(2), said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that the $150.00 fee required by Local Civil Rule 101.1(c)(3) for *pro hac vice* admissions to the District Court for the District of New Jersey shall also be paid to the Clerk of this Court by Samantha Southall; and it is further

**ORDERED** that Samantha Southall shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys.

Dated: 05/02/2024

*Harvey Bartle III*
THE HONORABLE HARVEY BARTLE, III U.S.D.J.