# Buchanan

**Jacqueline M. Weyand**  
Jacqueline.weyand@bipc.com

550 Broad Street, Suite 810  
Newark, NJ  07102-4582  
T 973 273 9800  
F 973 273 9430

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.  
United States District Court for the  
  Eastern District of Pennsylvania  
16614 U.S. Courthouse  
601 Market Street  
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corp., et al v. Zillow, Inc, et al*  
Case No. 24-cv-04256-HB  
Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

This firm represents the defendants Zillow, Inc. and Zillow Group, Inc. ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Consolidated Motion to Dismiss Brief, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.., et al*., Civil Action No. 24-cv-4105-HB (the "Consolidated Motion to Dismiss").

For the reasons set forth in the Consolidated Motion to Dismiss, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*Jacqueline M. Weyand*

Jacqueline M. Weyand

CC: Counsel of record.