# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No. 1:24-cv-04256-HB |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please note the appearance of the undersigned as an attorney for Defendants Zillow, Inc. and Zillow Group, Inc. (collectively "Zillow") in the above-captioned matter, and list the same undersigned as an attorney to be noticed in the CM/ECF system.

        /s/ Melissa J. Bayly
Melissa J. Bayly
**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273 9800
melissa.bayly@bipc.com

Dated: September 5, 2024     *Counsel for Zillow, Inc. and Zillow Group, Inc.*