# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No. 1:24-cv-04256-HB |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

 Please note the appearance of the undersigned as an attorney for Defendants Zillow, Inc. and Zillow Group, Inc. (collectively "Zillow") in the above-captioned matter, and list the same undersigned as an attorney to be noticed in the CM/ECF system.

               BUCHANAN INGERSOLL & ROONEY PC

Dated: September 26, 2024      */s/ Krista A. Rose*
                    Krista A. Rose (NJ ID No. 449732024)
                    Two Liberty Place
                    50 S. 16th Street, Suite 3200
                    Philadelphia, PA 19102
                    (215) 665-8700
                    krista.rose@bipc.com
                    *Counsel for Defendants Zillow, Inc. and Zillow Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of September, 2024 I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system upon all counsel of record.

                                                  */s/ Krista A. Rose*
                                                  Krista A. Rose