# Buchanan

**Krista A. Rose**
215 665 5334
krista.rose@bipc.com

50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
T 215 665 8700
F 215 665 8760

March 18, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    *Atlas Data Privacy Corp., et al v. Zillow, Inc, et al*
             Case No. 24-cv-04256-HB
             Joinder in Defendants' Consolidated Reply in Further Support of their Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

    This firm represents Defendants Zillow, Inc. and Zillow Group, Inc. (collectively, the "Zillow Defendants") in the above-referenced matter.  We write to advise the Court that the Zillow Defendants join the Consolidated Motion to Dismiss Brief, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group, Inc.*, Civil Action No. 1:24-cv-04075 (the "Consolidated Motion to Dismiss").

    For the reasons set forth in the Consolidated Motion to Dismiss, the Zillow Defendants respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

    Respectfully submitted,

    */s/ Krista A. Rose*
    Krista A. Rose

cc: Counsel of record