# Buchanan

**Krista A. Rose**
krista.rose@bipc.com

50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
T 215 665 5334

November 5, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

  Re: *Atlas Data Privacy Corp., et al v. Zillow, Inc., et al*
     **Case No. 24-cv-04256-HB**
     **Joinder in Defendants' Request to Stay or in the alternative Joint Proposed Discovery Schedule**

Dear Judge Bartle:

  This firm represents Defendants Zillow, Inc. and Zillow Group, Inc. (collectively, the "Zillow Defendants") in the above-referenced matter. We write to advise the Court that the Zillow Defendants join the letter filed today by Defendant Joy Rockwell Enterprises, Inc. ("Joy Rockwell Enterprises") in *Atlas Data Privacy Corp., et al. v. Joy Rockwell Enterprises, Inc. et al.*, No. 1:24-cv-04389-HB, at Document Number 71.

  For the reasons set forth in the letter submitted by Joy Rockwell Enterprises, the Zillow Defendants respectfully request that this Court stay these proceedings, or in the alternative, adopt the initial discovery schedule proposed by Defendant Joy Rockwell Enterprises.

              Respectfully yours,

              */s/ Krista A. Rose*

              Krista A. Rose

cc: Counsel of record