```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
DM GROUP, INC., et al.               :        NO. 24-4075


ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
DELUXE CORP., et al.                 :        NO. 24-4080


ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
INNOVIS DATA SOLUTIONS, INC.,        :        NO. 24-4176
et al.                               :


ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
ZILLOW, INC., et al.                 :        NO. 24-4256


ATLAS DATA PRIVACY                   :        CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
THOMSON REUTERS CORP., et al.        :        NO. 24-4269
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : : | NO. 24-4389 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ROCKETREACH LLC, et al. | : | NO. 24-4664 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| PROPERTYRADAR, INC., et al. | : | NO. 24-5600 |
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THE ALESCO GROUP, L.L.C., et al. | : : | NO. 24-5656 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | |
| SEARCHBUG, INC., et al. | : | NO. 24-5658 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | : <br>: <br>: | CIVIL ACTION |
| v. | : <br>: | |
| US DATA CORP., et al. | : | NO. 24-7324 |

<u>ORDER</u>

AND NOW, this 24th day of February 2026, it is hereby ORDERED that the letter request of plaintiffs to extend the time to submit mutually agreeable confidentiality orders in the above actions is GRANTED.  The parties shall report to the court in writing on or before March 2, 2026.

BY THE COURT:

<u>/s/   Harvey Bartle III      </u>
                 J.