**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DM GROUP, INC., et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04075 |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELUXE CORP., et al., <br><br> Defendants. | Civil Action No. 1:24-cv-4080 |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELVEPOINT, LLC, et al., <br><br> Defendants. | Civil Action No. 1:24-4096 <br><br> **NOTICE OF MOTION FOR RECONSIDERATION OF JUNE 30, 2026 ORDER** |

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

QUANTARIUM ALLIANCE, LLC, et al.,

          Defendants.

Civil Action No. 1:24-cv-4098

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

YARDI SYSTEMS, INC., et al.,

          Defendants.

Civil Action No. 1:24-cv-4103

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

DIGITAL SAFETY PRODUCTS, LLC,

          Defendants.

Civil Action No. 1:24-cv-4141

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CIVIL DATA RESEARCH, LLC, et al.,<br><br>        Defendants. | Civil Action No. 1:24-cv-04143 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SCALABLE COMMERCE, LLC, et al.,<br><br>        Defendants. | Civil Action No. 1:24-cv-04160 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., et al.,<br><br>        Defendants. | Civil Action No. 1:24-cv-4174 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INNOVIS DATA SOLUTIONS INC., et al., <br><br> Defendants. | Civil Action No. 1:24-cv-4176 |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACCURATE APPEND, INC., et al. <br><br> Defendants. | Civil Action No. 1:24-cv-4178 |
| ATLAS DATA PRIVACY CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZILLOW, INC., et al., <br><br> Defendants. | Civil Action No. 1:24-cv-04256 |

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

EQUIMINE, INC., et al.,

          Defendants.

Civil Action No. 1:24-cv-04261

---

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

THOMSON REUTERS CORP., et al.,

Defendants.

Civil Action No. 1:24-4269

---

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

MELISSA DATA CORP., et al.,

          Defendants.

Civil Action No. 1:24-cv-4292

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

RESTORATION OF AMERICA, et al.,

          Defendants.

Civil Action No. 1:24-cv-4324

---

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

i360, LLC, et al.,

          Defendants.

Civil Action No. 1:24-cv-4345

---

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

ACCUZIP, INC., et al.,

          Defendants.

Civil Action No. 1:24-4383

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

SYNAPTIX TECHNOLOGY, LLC, et al.,

          Defendants.

Civil Action No. 1:24-cv-4385

---

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

JOY ROCKWELL ENTERPRISES, INC., et al.,

          Defendants.

Civil Action No. 1:24-cv-4389

---

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

E-MERGES.COM, INC.

          Defendants.

Civil Action No. 1:24-cv-4434

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

NUWBER, INC., et al.,

          Defendants.

Civil Action No. 1:24-cv-04609

---

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

ROCKETREACH LLC, et al.,

          Defendants.

Civil Action No. 1:24-cv-4664

---

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

PROPERTYRADAR, INC., et al.,

          Defendants.

Civil Action No. 1:24-cv-5600

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 1:24-cv-5656 |
| v. | |
| THE ALESCO GROUP, L.L.C. | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 1:24-cv-05658 |
| v. | |
| SEARCHBUG, INC., et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 1:24-cv-05775 |
| v. | |
| AMERILIST, INC., et al., | |
| Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | Civil Action No. 1:24-cv-7324 |
| v. | |
| US DATA CORP., et al., | |
| Defendants. | |

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

SMARTY, LLC, et al.,

          Defendants.

Civil Action No. 1:24-cv-8075

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

COMPACT INFORMATION SYSTEMS, LLC, et al.,

          Defendants.

Civil Action No. 1:24-cv-8451

ATLAS DATA PRIVACY CORPORATION, et al.,

          Plaintiffs,

v.

DARKOWL, LLC, et al.,

          Defendants.

Civil Action No. 1:24-cv-10600

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>SPY DIALER, INC., et al.,<br><br>       Defendants. | Civil Action No. 1:24-cv-11023 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>INNOVATIVE WEB SOLUTIONS, LLC, et al.,<br><br>       Defendants. | Civil Action No. 1:25-cv-1535 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>PUBLICNSA, LLC, et al.,<br><br>       Defendants. | Civil Action No. 1:25-cv-5989 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-6863 |
| REDX LLC, et al., | |
| Defendants. | |
| | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-9224 |
| FREEDOMSOFT303, LLC, et al., | |
| Defendants. | |
| | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:25-12137 |
| AGR MARKETING SOLUTIONS, LLC, et al., | |
| Defendants. | |

**NOTICE OF MOTION FOR RECONSIDERATION
OF JUNE 30, 2026 ORDER**

TO:    Rajiv D. Parikh
       Jessica A. Merejo
       Pem Law LLP
       1 Boland Dr., Suite 101
       West Orange, NJ 07052
       rparikh@pemlawfirm.com
       jmerejo@pemlawfirm.com

       Mark Mao (admitted *pro hac vice*)
       Boies Schiller Flexner LLP
       44 Montgomery Street, 41st Floor
       San Francisco, CA 94104
       mmao@bsfllp.com

       Adam Shaw (admitted *pro hac vice*)
       Boies Schiller Flexner LLP
       30 South Pearl St., 12th Floor
       Albany, NY 12207

       John Yanchunis
       Morgan and Morgan
       201 N. Franklin Street, 7th Floor
       Tampa FL 33602
       jyanchunis@ForThePeople.com

**PLEASE TAKE NOTICE** that Defendants shall move before the Honorable

Harvey Bartle III United States District Court for the District of Pennsylvania,

United States Courthouse, Camden, New Jersey, Courtroom No. 1, on August 17,

2026 at 9:00 a.m, or as soon thereafter as counsel may be heard, for an Order for

reconsideration of the Court's June 30, 2026 Order pursuant to Local Civil Rule

7.1(i).

**PLEASE TAKE FURTHER NOTICE** that in support of the motion,

Defendants shall rely on the enclosed Memorandum of Law and Certification of

-13-

Angelo A. Stio III and the exhibits attached thereto.  A proposed form of Order is submitted for the Court's convenience.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: July 14, 2026

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 203
104 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant DM Group Inc.*
*(1:24-cv-04075)*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 203
104 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

*Attorneys for Defendant Property Radar Inc.*
*(1:24-cv-05600)*

-14-

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 203
104 Carnegie Center
Princeton, NJ 08540-6227
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

-and-

Tambry L. Bradford (admitted *pro hac vice*)
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
(213)928-9800
Tambry.Bradford@troutman.com

*Attorneys for Defendant RocketReach LLC
(1:24-cv-04664)*

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 400
Suite 203
104 Carnegie Center
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

-and-

Timothy J. St. George (admitted *pro hac vice*)
Troutman Pepper Locke Building
1001 Haxall Point
15th Floor
Richmond, VA 23219
(804) 697-1200
Timothy.St.George@troutman.com

*Attorneys for Defendants Deluxe Corp.*
*(1:24-cv-04080)*

-16-

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Angelo A. Stio III*
Angelo A. Stio III
Melissa A. Chuderewicz
Stephanie L. Jonaitis
Suite 400
Suite 203
104 Carnegie Center
(609) 951-4125
Angelo.Stio@troutman.com
Melissa.Chuderewicz@troutman.com
Stephanie.Jonaitis@troutman.com

-and-

Jason A. Spak (admitted *pro hac vice*)
501 Grant Street, Suite 300
Pittsburgh, PA 15219
412-347-1247
Jason.Spak@troutman.com

*Attorneys for Defendant*
*Innovis (1:24-cv-24-04176)*

-17-

**BALLARD SPAHR LLP**

*s/ Marcel S. Pratt*
Marcel S. Pratt
Michael Berry
Elizabeth Wingfield
1735 Market Street, Fl. 51
Philadelphia, PA  19103-7599
(215) 665-8500
prattm@ballardspahr.com
berrym@ballardspahr.com
wingfielde@ballardspahr.com

*Attorneys for Defendants*
*Thomson Reuters Enterprise Centre GmbH*
*and West Publishing Corporation*
*(1:24-cv-04269)*

**GORDON REES SCULLY**
**MANSUKHANI LLP**

*s/ Clair E. Wischusen*
Clair E. Wischusen
291 W. Mt. Pleasant Avenue
Suite 3310
Livingston, NJ  070369
(973) 549-2500
cwischusen@grsm.com

*Attorneys for Defendants*
*Quantarium Alliance, LLC and Quantarium*
*Group, LLC (1:24-cv-04098)*

-18-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Anthony J. Staltari*
Anthony J. Staltari
295 5th Avenue, 9th Floor
New York, New York 10016
(212) 849-7000
anthonystaltari@quinnemanuel.com

-and-

Viola Trebicka (admitted *pro hac vice*)
John Wall Baumann (admitted *pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
violatrebicka@quinnemanuel.com
jackbaumann@quinnemanuel.com

-and-

Ella Hallwass (admitted *pro hac vice*)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
ellahallwass@quinnemanuel.com

-and-

Xi ("Tracy") Gao (admitted *pro hac vice* )
555 13th Street NW, Suite 600
Washington D.C., 20004
Telephone: (202) 538-8000
tracygao@quinnemanuel.com

*Attorneys for Defendant*
*Yardi Systems, Inc. (1:24-cv-04103)*

-19-

**LOMURRO, MUNSON, LLC**

*s/ Eric H. Lubin*
Eric H. Lubin
Monmouth Executive Center
4 Paragon Way, Suite 100
Freehold, NJ  07728
(732) 414-0300
ELubin@lomurrolaw.com

*Attorneys for Defendants
Digital Safety Products, LLC (1:24-cv-
04141), Civil Data Research (1:24-cv-
04143), and Scalable Commerce & National
Data Analytics (1:24-cv-04160)*

**STOEL RIVES LLP**

*s/ Misha Isaak*
Misha Isaak
Alexandria Giza
760 SW Ninth Ave., Suite 3000
Portland, OR  97205
(503) 294-9460
misha.isaak@stoel.com
alexandra.giza@stoel.com

-and –

**COOPER, LLC–COUNSELORS AT
LAW**
Ryan J. Cooper
108 N. Union Ave., Suite 4
Cranford, NJ  07016
ryan@cooperllc.com

*Attorneys for Defendant Labels & Lists, Inc.
(1:24-cv-04174)*

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ John E. MacDonald*
John E. MacDonald
3120 Princeton Pike, Suite 301
Lawrenceville, NJ  08648
(609) 454-0096
jmacdonald@constangy.com

*Attorneys for Defendants*
*Accurate Append, Inc. (1:24-cv-04178),*
*Restoration of America, Inc. (1:24-cv-04324); and FreedomSoft303, LLC (1:25-cv-09224)*

**BUCHANAN INGERSOLL & ROONEY PC**

*s/ Krista A. Rose*
Krista A. Rose
Samantha L. Southall (admitted *pro hac vice*)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(215) 665-3800
krista.rose@bipc.com
samantha.southall@bipc.com

*Attorneys for Defendants Zillow Inc. and*
*Zillow Group, Inc.*
*(1:24-cv-04256)*

-21-

**FBT GIBBONS LLP**

s/ Frederick W. Alworth
Frederick W. Alworth
Joshua R. Elias
One Gateway Center
Newark, NJ  07102-5310
(973) 596-4500
falworth@fbtgibbons.com
jelias@fbtgibbons.com

*Attorneys for Defendant*
*Equimine, Inc. (1:24-cv-04261)*


**RIKER DANZIG LLP**

*s/ Michael P. O'Mullan*
Michael P. O'Mullan
Omar Marouf
7 Giralda Farms, Suite 250
Madison, NJ 07940
(973) 538-000
momullan@riker.com
omarouf@riker.com

*Attorneys for Defendant*
*Melissa Data Corporation (1:24-cv-04292)*

**STINSON LLP**

s/ *Richard J.L. Lomuscio*
Richard J.L. Lomuscio (ID: 038461999)
140 Broadway, Suite 2330
New York, New York 10005
(646) 883-7471
richard.lomuscio@stinson.com

Matthew D. Moderson (admitted *pro hac vice*)
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
(816) 691-2736
matt.moderson@stinson.com

*Attorneys for Defendant*
*i360, LLC (1:24-cv-04345)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102 (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

-and-

**LOWENSTEIN SANDLER LLP**

*s/ Jennifer Fiorica Delgado*
Jennifer Fiorica Delgado
One Lowenstein Drive
Roseland, NJ  07068
(646) 414-6962
jdelgado@lowenstein.com

*Attorneys for Defendant Accuzip, Inc.*
*(1:24-cv-04383)*

**LEWIS BRISBOIS BISGAARD &**
**SMITH, LLP**

*s/ Thomas C. Regan*
Thomas C. Regan
Brian C. Deeney
Matthew S. AhKao
One Riverfront Plaza, Suite 800
Newark, NJ  07102
(973) 577-6260
Thomas.Regan@lewisbrisbois.com
Brian.Deeney@lewisbrisbois.com
Matthew.AhKao@lewisbrisbois.com

*Attorneys for Defendant*
*Synaptix Technology, LLC (1:24-cv-04385)*

-24-

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant*
*Joy Rockwell Enterprises, Inc. d/b/a*
*PostcardMania PCM LLC ( 1:24-cv-04389)*

**CARMAGNOLA & RITARDI, LLC**

s/ Steven F. Ritardi
Steven F. Ritardi, Esq.
60 Washington Street Suite 300
Morristown, NJ 07960
(973) 267-4445
(973) 267-4456 (FAX)
Email: critardi@cr-law.net

**-**and-
**RKW, LLC**

*s/ H. Mark Stichel*
H. Mark Stichel
10075 Red Run Blvd., 4th Floor
Owings Mills, MD  21117
(443) 379-8987
HMStichel@RKWlawgroup.com

*Attorneys for Defendant*
*E-Merges.com, Inc. (1:24-cv-04434)*

-25-

**GORDON REES SCULLY
MANSUKHANI LLP**

*s/ Clair E. Wischusen*
Clair E. Wischusen
291 W. Mt. Pleasant Avenue, Suite 3310
Livingston, NJ 07039
(973) 549-2500
cwischusen@grsm.com

*Attorneys for Defendant Nuwber, Inc.
(1:24-cv-04609)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant
The Alesco Group, L.L.C. (1:24-cv-05656)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102 (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant
Searchbug, Inc. (1:24-cv-05658)*

-26-

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102 (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant*
*Amerilist, Inc. (1:24-cv-05775)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102 (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant*
*US Data Corporation (1:24-cv-07324)*

**MANATT, PHELPS & PHILLIPS, LLP**

*By: /s/ Kenneth D. Friedman*
Kenneth D. Friedman
Matthew F. Bruno
Emily Whitely (*pro hac vice*)
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
kfriedman@manatt.com
mbruno@manatt.com
ewhitely@manatt.com

Brandon P. Reilly (*pro hac vice*)
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
breilly@manatt.com

*Attorneys for Defendant*
*Smarty, LLC (1:24-cv-08075)*

**WOOD, SMITH, HENNING & BERMAN LLP**

<u>s/ Jared K. Levy</u>
Jared K. Levy
Jacqueline Murphy
Christopher J. Seusing
Sean V. Patel
400 Connell Drive, Suite 1100
Berkeley Heights, NJ  07922
(973) 265-9901
jlevy@wshblaw.com
jmurphy@wshblaw.com
cseusing@wshblaw.com
spatel@wshblaw.com

*Attorneys for Defendants*
*Compact Information Systems, LLC,*
*Accudata Integrated Marketing, Inc.,*
*Alumnifinder, ASL Marketing, Inc., College*
*Bound Selection Services, Deepsync Labs,*
*Homedata, and Student Research Group*
*(1:24-cv-08451)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102 (732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

-and

**RAJ FERBER PLLC**

Kiran Raj (admitted *pro hac vice*)
Ryan Scott Ferber (admitted *pro hac vice*)
1629 K Street NW, Suite 300
Washington, DC  20006
(202) 827-9785
kiran@rajferber.com
scott@raiferber.com

*Attorneys for Defendant*
*Darkowl, LLC (1:24-cv-10600)*

**WADE CLARK MULCAHY LLP**

/s/  Robert J. Cosgrove
Robert J. Cosgrove, Esq.
955 South Springfield Avenue, Suite 100
Springfield, NJ 07081
(267) 665-0743
WCM No.: 827.16116
RCosgrove@wcmlaw.com

*Attorneys for Defendant Delvepoint, LLC*
*(1:24-cv-04096)*

-30-

**KAUFMAN DOLOWICH LLP**

/s/ Christopher Nucifora
Christopher Nucifora, Esq.
Timothy M. Ortolani, Esq.
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
(201) 708-8207
cnucifora@kaufmandolowich.com
tortolani@kaufmandolowich.com

*Attorneys for Defendant Spy Dialer, Inc.*
*(1:24-cv-11023)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant Redx, LLC (1:25-*
*cv-6863)*

**GREENSPOON MARDER**

*s/ Kelly M. Purcaro*
Kelly M. Purcaro
Kory Ann Ferro
One Gateway Center, Suite 2600
Newark, NJ 07102
(732) 456-8746
Kelly.Purcaro@gmlaw.com
KoryAnn.Ferro@gmlaw.com

*Attorneys for Defendant AGR Marketing
Solutions (1:25-cv-12137)*

**GORDON & REES SCULLY
MANSUKHANI LLP**

/s Clair Elizabeth Wischusen
Clair E. Wischusen
291 W. Mt. Pleasant Avenue
Suite 3310
Livingston, NJ  070369
(973) 549-2500
cwischusen@grsm.com

*Attorneys for Innovative Web Solutions, LLC
(1:25-cv-01535)*

**MULLEN COUGHLIN LLC**

*/s/ Jordan S. O'Donnell*
Jordan S. O'Donnell
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Telephone: (267) 930-4106
jsodonnell@mullen.law

*Attorney for Defendant PublicNSA, LLC
(1:25-cv-05989)*