**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:24-cv-04256-HB<br><br>Honorable Harvey Bartle III, U.S.D.J.<br><br>**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs Atlas Data Privacy Corporation ("Atlas"), *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully move for leave to file a First Amended Complaint against Defendants Zillow, Inc. and Zillow Group, Inc. (collectively, "Defendants") to (a) add Bridge Interactive Group LLC ("Bridge Interactive") as a Defendant, (b) update the number of Covered Persons who have assigned their

claims under Daniel's Law to Atlas, and (c) conform the jurisdictional, venue, and related allegations to this action's posture following its removal to this Court.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' proposed Amended Complaint is filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Amended Complaint, indicating in what respects it differs from the pleading it proposes to amend, is filed herewith.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiffs will rely upon the attached Memorandum of Law and Declaration of Julia R. Livingston with exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs sought consent from Defendant's counsel to file the First Amended Complaint and for acknowledgement of service, which Defendant did not grant.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(c)(2) and L. Civ. R. 78.1, this motion is returnable on November 16, 2026; any opposition papers shall be filed by Defendants on or before November 2, 2026; and any reply papers shall be filed by Plaintiffs on or before November 9, 2026.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument if a timely opposition is filed.

Respectfully submitted,

Dated: October 16, 2026

*By: /s/ Julia R. Livingston*
JULIA R. LIVINGSTON

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Julia R. Livingston
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email: rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jlivingston@pemlawfirm.com

*Attorneys for Plaintiffs*