**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No. 1:24-cv-04256-HB |

**MOTION TO WITHDRAW APPEARANCE**

In accordance with Local Rule 102.1 of the Civil and Criminal Rules of the United States District Court for the District of New Jersey, Krista A. Rose, of Buchanan Ingersoll & Rooney PC, hereby moves this Court for an order granting withdrawal of her appearance as counsel of record for Defendants, Zillow, Inc. and Zillow Group, Inc. in the above-captioned matter. An attorney from Buchanan Ingersoll & Rooney PC remains as counsel of record for Zillow, Inc. and Zillow Group, Inc. and representation is not affected by this withdrawal.

BUCHANAN INGERSOLL & ROONEY PC

Dated: October 29, 2026

*/s/ Krista A. Rose*
Krista A. Rose (NJ ID No. 449732024)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
krista.rose@bipc.com
*Counsel for Defendants Zillow, Inc. and Zillow Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2026 I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system upon all counsel of record.

*/s/ Krista A. Rose*
Krista A. Rose