**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No. 1:24-cv-04256-HB |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Please note the appearance of the undersigned as an attorney for Defendants Zillow, Inc. and Zillow Group, Inc. (collectively "Zillow") in the above-captioned matter and list the same undersigned as an attorney to be noticed in the CM/ECF system.

BUCHANAN INGERSOLL & ROONEY PC

Dated: October 30, 2026

/s/ *Frances R. McDermott*

Frances R. McDermott, Esquire
NJ Bar No. 398192022
Two Liberty Place
50 S. 16th St., Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
E-mail: frances.mcdermott@bipc.com

*Counsel for Defendants Zillow, Inc. and Zillow Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2026 I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system upon all counsel of record.

*/s/ Frances R. McDermott*
Frances R. McDermott