**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>ZILLOW, INC., ZILLOW GROUP, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:24-cv-04256-HB<br><br>Honorable Harvey Bartle III, U.S.D.J.<br><br>**[PROPOSED] ORDER** |

This matter, having come before the Court by way of a joint application of Plaintiffs Atlas Data Privacy Corporation, *as assignee of individuals who are Covered Persons*; Jane Doe-1, and Jane Doe-2, *law enforcement officers*; Edwin Maldonado; Scott Maloney; Justyna Maloney; Patrick Colligan; Peter Andreyev; and William Sullivan ("Plaintiffs") and Defendants Zillow, Inc. and Zillow Group, Inc. ("Defendants", and with Plaintiffs, the "Parties"), and the Parties having agreed that Plaintiffs' motion for leave to amend their complaint, D.E. 124*,* if granted, would destroy diversity jurisdiction under 28 U.S.C. § 1332 (a)(1), and in the interest of conserving judicial resources, request that Plaintiffs' motion be granted and this case remanded back to the Superior Court of New Jersey, Law Division, Bergen County, under docket number BER-L-874-24, and for good cause shown, it is hereby:

**ORDERED** that Plaintiffs' Motion for Leave to File an Amended Complaint, D.E. 124, is **GRANTED**; and it is further

**ORDERED** that the Parties are to bear their own costs and fees; and it is further

**ORDERED** that the operative Amended Complaint shall be the version attached hereto as Exhibit A, which corrects a scrivener's error contained in the Amended Complaint attached as Exhibit A to Plaintiff's Motion to Amend, D.E. 124-5.

**ORDERED** that this case is **REMANDED** to the Superior Court of the State of New Jersey, Law Division, Bergen County with Defendants reserving all defenses.

**IT IS SO ORDERED.**

Dated: _____________, 2026

_________________________________
HON. HARVEY BARTLE III, U.S.D.J.

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: */s/ Julia R. Livingston*__
JULIA R. LIVINGSTON

1 Boland Drive, Suite 101
West Orange, New Jersey
Tel: 973-640-7659
jlivingston@pemlawfirm.com

Dated: October 30, 2026

**BUCHANAN INGERSOLL & ROONEY, PC**
*Attorneys for Defendant*

*/s/ Frances McDermott*
FRANCES McDERMOTT
SAMANTHA L. SOUTHALL
(admitted *pro hac vice*)

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, Pennsylvania 19102
Tel: 215-665-3800
frances.mcdermott@bipc.com
samantha.southall@bipc.com

Dated: October 30, 2026