IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION et al. | : | CIVIL ACTION |
| v. | : | |
| ZILLOW, INC. et al. | : | 24-4256 |

ORDER

AND NOW, this 3rd day of November 2026, it is hereby ORDERED that the motion of Krista A. Rose to withdraw appearance (Doc. #125) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.